FILED

09/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0042

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0042

_____

IN RE THE ORDER OF PROTECTION OF:

TEDDEE HARRIS CUOMO,

       Petitioner and Appellant,

       v.

DEBORAH L. DERR,

       Respondent and Appellee.

O R D E R

_____

On September 10, 2024, counsel for Appellee Deborah L. Derr filed a motion to dismiss this appeal because Appellant Teddee Harris Cuomo had not filed his opening brief within the time provided in the Court's August 7, 2024 Order.

On September 9, 2024, Appellant filed his opening brief.

IT IS HEREBY ORDERED that the motion to dismiss is DENIED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 27 2024